UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA AND ERIK J. EBERZ, REVENUE OFFICER, INTERNAL REVENUE SERVICE, | ) ) ) ) ) | MISC. NO. 1:12-CV-1908 MISC. NO. 1:12-CV-1909 (Judge Jones) (Electronically Filed) |
| Plaintiffs, | ) | |
| v. | ) ) | |
| TIMOTHY J. WASHBURN, | ) ) | |
| Defendant. | ) | |

## ORDER

NOW this __10th__ day of April, 2013, upon Certification of Defendant's Compliance, IT IS ORDERED that no further action is required in this matter and the Clerk is directed to mark this case CLOSED.

JOHN E. JONES III
United States District Court Judge